## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 510 MAL 2014
:
            Respondent          :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
          v.                :
:
:
:
JAMES REUBEN ROBINSON,        :
:
            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.